

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

April 15, 2021

Erik D. Smithweiss, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
Email:     esmithweiss@gdlsk.com

Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:     jkahn@gdlsk.com

Meen Geu Oh, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:     Meen-Geu.Oh@usdoj.gov

    Re: *Mirror Metals Inc. v. United States*
      Court No. 21-00144

Dear Counsel:

  Pursuant to USCIT Rule 16(b), the court is to issue a scheduling order in the above-captioned case.  Accordingly, I would appreciate it if counsel for all parties could confer with one another and file a joint proposed scheduling order that will achieve the purposes of USCIT Rule 16 with the Clerk of Court on or before Thursday, May 6, 2021.

  If the parties are unable to agree upon a proposed scheduling order, I request that plaintiff contact my Case Manager, Mr. Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov on or before Thursday, April 29,

Mirror Metals Inc. v. United States Page **2** of **2**
Court No. 21-00144

2021 to arrange for a telephone conference.  If the parties are unable to confer within this time frame, any party may request an extension of time to do so.  Please contact Mr. Taronji if you have any questions concerning the development of the scheduling order.

With respect to further proceedings in this case as well as sample forms, counsel are directed to the Standard Chambers Procedures, which are available on the Court's website at: http://www.cit.uscourts.gov/Rules/Index_Rules_Forms.html.

Thank you for your assistance and cooperation.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Cc: Steve Taronji
 for docketing