UNITED STATES DEPARTMENT OF COMMERCE
**Office of the General Counsel**
OFFICE OF CHIEF COUNSEL FOR INDUSTRY AND SECURITY
Washington, D.C. 20230

April 18, 2022

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Reconsideration Pursuant to Court Remand Order in *Mirror Metals, Inc. v. United States*, Court No. 21-00144

Dear Mr. Toscano:

    Pursuant to the Court's order of November 19, 2021, please find attached the U.S. Department of Commerce's Reconsideration Pursuant to Court Remand in the above-captioned action. The Department's remand redeterminations are public documents.

    Should you have any questions concerning the matter, please contact me at (202) 482-5301.

Respectfully submitted,

/s/ Rachel M. Morris
Rachel M. Morris
Attorney Advisor
Office of the Chief Counsel
   for Industry and Security

Attachment

cc:

Meen Geu Oh
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
Email: Meen-Geu.Oh@usdoj.gov

Mr. Mario Toscano
April 18, 2022
Page 2

Erik D. Smithweiss
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
Email: ESmithweiss@gdlsk.com

Jordan Charles Kahn
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
Email: JKahn@gdlsk.com