FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-15453**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 316L #8 Non Directional Mirror Finish 20ga (0.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900020
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 5/21/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-15453**

_____ **X** _____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-15453. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-15487**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 316L #8 Non Directional Mirror Finish 16ga (1.5mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900020
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 5/21/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-15487**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-15487. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-15844**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 316L #8 Non Directional Mirror Finish 14ga (1.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900020
- Total Requested Annual Exclusion Quantity in Kilograms: 9071.8
- Date Submitted: 5/21/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-15844**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-15844. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17016**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 27" (686.6mm) X 72" (1829.6mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17016**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17016. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17024**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA  (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 27" (686.6mm) X 80" (2032.8mm)  per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17024**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-17024. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17028**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 27" (686.6mm) X 90" (2286.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 36287
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17028**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17028. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17039**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish  14ga (1.9mm) 27" (686.6mm) X 100" (2540.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17039**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-17039. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17070**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 27" (686.6mm) X 133" (3379mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 54431
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17070**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-17070. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

## BIS Decision Document – Steel Section 232 Remedy Exclusion Request

## EXCLUSION REQUEST NUMBER: BIS-2018-0006-17077

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 27" (686.6mm) X 144" (3658.4mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17077**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-17077. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17091**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17091**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17091. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17099**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) 48" (1220mm) X 144" (3658.4mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 272155
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17099**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17099. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17129**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 36" (915.2mm) X 120" (3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17129**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17129. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17137**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 36" (915.2mm) X 144" (3658.4mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17137**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17137. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17160**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) X 48"(1220mm) X 120" 3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 272155
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17160**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17160. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17209**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA  (i.e., Bright Annealed)-Clear Bright Reflective finish 14ga (1.9mm) X 27"(686.6mm) X 67.75" (1721.7mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 90718
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and

other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17209**

**_____X_____** I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17209. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17210**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 18ga (1.2mm) 48" (1220mm) X 120" (3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 326587
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17210**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17210. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17216**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 20ga (0.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219340050
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17216**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17216. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17217**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 27" (686.6mm) X 26" (661.2mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 36287
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17217**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-17217. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17220**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 27" (686.6mm) X 29" (737.4mm)  per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 97348
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17220**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17220. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17224**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 27" (686.6mm) X 32" (813.6mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 36287
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17224**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17224. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17230**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 22ga (0.8mm) 48" (1220mm) X 120" (3048.8mm)  per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219340050
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17230**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17230. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17232**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 27" (686.6mm) X 36" (915.2mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 36287
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17232**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17232. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17233**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 24ga (0.6mm) 48" (1220mm) X 120" (3048.8mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219340050
- Total Requested Annual Exclusion Quantity in Kilograms: 9071.8
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.


**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17233**


_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17233. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.


_____ I do not approve granting this exclusion request.


_____ I would like to discuss.


*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17241**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 36" (915.2mm) X 83" (2109mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 54988
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17241**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17241. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-18966**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 10.5" (267.5mm) X 28" (712mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220206080
- Total Requested Annual Exclusion Quantity in Kilograms: 9071.8
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-18966**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-18966. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-19009**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 12.5" (318.3mm) X 31.125" (791.4mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220201080
- Total Requested Annual Exclusion Quantity in Kilograms: 36795
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and

other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-19009**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-19009. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

_Matthew S. Borman_
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-19018**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish  16ga (1.5mm) 12.5" (318.3mm) X 35.475" (901.865mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220201080
- Total Requested Annual Exclusion Quantity in Kilograms: 27216
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and

other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-19018**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-19018. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-19027**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 12.5" (318.3mm) X 37.38" (950.3mm) per ASTM A240, cold rolled and annealed.  We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220201080
- Total Requested Annual Exclusion Quantity in Kilograms: 181437
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-19027**

_____X_____ I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-19027. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-19066**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish  16ga (1.5mm) 17" (432.6mm) X 31.625" (804.1mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220201080
- Total Requested Annual Exclusion Quantity in Kilograms: 136078
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-19066**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-19066. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-19090**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 22.81" (580.2mm) X 30.82" (783.6mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7220201080
- Total Requested Annual Exclusion Quantity in Kilograms: 272155
- Date Submitted: 6/11/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and

other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-19090**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-19090. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20111**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 316L #8 Hairline 18ga (1.2mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900020
- Total Requested Annual Exclusion Quantity in Kilograms: 36287
- Date Submitted: 6/18/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20111**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-20111. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
—————————————————
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
——————————
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20117**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 316L #8 Hairline 20ga (0.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900020
- Total Requested Annual Exclusion Quantity in Kilograms: 54431
- Date Submitted: 6/18/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20117**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-20117. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20232**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 16ga (1.5mm) 48" (1220mm) X 168" (4268mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 54431
- Date Submitted: 6/14/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20232**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-20232. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20258**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 18ga (1.2mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 90718.47
- Date Submitted: 6/14/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the

United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20258**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-20258. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20391**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 20ga (0.9mm) 48" (1220mm) X 168" (4268mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 54431
- Date Submitted: 6/14/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the

United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20391**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-20391. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20457**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 18ga (1.2mm) 48" (1220mm) X 168" (4268mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 90718
- Date Submitted: 6/18/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the

United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20457**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-20457. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20614**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 14ga (1.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 10287.47
- Date Submitted: 6/13/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.


**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20614**


_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-20614. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.


_____ I do not approve granting this exclusion request.


_____ I would like to discuss.


*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20628**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Hairline 16ga (1.5mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 54431.08
- Date Submitted: 6/13/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20628**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-20628. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20786**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 non-directional Ti-Gold 22ga (0.8mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 9071.8
- Date Submitted: 6/13/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20786**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-20786. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-20872**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 non-direcitonal Random Swirl 18ga (1.2mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 18144
- Date Submitted: 6/13/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-20872**

_____**X**_____I approve granting this exclusion request. The granted exclusion number is BIS-2018-0006-20872. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-9830**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 #8 Non Directional Mirror Finish 14ga (1.9mm) 48" (1220mm) X 120" (3048.8mm) per ASTM-A240, cold rolled and annealed.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 138242
- Date Submitted: 5/15/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 28, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 28, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.


**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-9830**


_____**X**_____I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-9830. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 28, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.


_____ I do not approve granting this exclusion request.


_____ I would like to discuss.


*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: BIS-2018-0006-17244**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 430 BA (i.e., Bright Annealed)-Clear Bright Reflective finish 16ga (1.5mm) 36" (915.2mm) X 97" (2464.6mm) per ASTM A240, cold rolled and annealed. We have also attached a product description sheet as Exhibit 2.
- HTSUS: 7219330070
- Total Requested Annual Exclusion Quantity in Kilograms: 55819
- Date Submitted: 5/30/2018

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated April 24, 2019. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from April 24, 2019.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #BIS-2018-0006-17244**

_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is BIS-2018-0006-17244. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from April 24, 2019. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States,*
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 168442**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 OP (Oil Polished) #4 Satin Finish 14ga (1.9mm) X 48" (1220.00mm) X 120" (3048.80mm) per ASTM A240, cold rolled and annealed with a backpass.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 453593
- Date Submitted: 12/8/2020

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated March 13, 2021. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from March 13, 2021.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods. To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #168442**

_____**X**_____ I approve granting this exclusion request. The granted exclusion number is 168442. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from March 13, 2021. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date

FINAL RESULTS PURSUANT TO COURT REMAND
*Mirror Metals, Inc. v. United States*,
CIT Court No. 21-00144

**BIS Decision Document – Steel Section 232 Remedy Exclusion Request**

**EXCLUSION REQUEST NUMBER: 162595**

**Summary:**

- Requester: Mirror Metals, Inc.
- Product Description: Stainless Steel Type 304 OP (Oil Polished) #4 Satin Finish 16ga (1.5mm) X 48" (1220.00mm) X 120" (3048.80mm) per ASTM A240, cold rolled and annealed with a backpass.
- HTSUS: 7219900025
- Total Requested Annual Exclusion Quantity in Kilograms: 462664
- Date Submitted: 11/19/2020

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated February 27, 2021. Mirror Metals filed suit in the U.S. Court of International Trade challenging the denial on March 26, 2021. The Court ordered remand on November 19, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from February 27, 2021.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.


**DECISION ON EXCLUSION REQUEST #162595**


_____**X**_____ I approve granting this exclusion request.  The granted exclusion number is 162595. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) listed on this decision memorandum. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from February 27, 2021. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.


_____ I do not approve granting this exclusion request.


_____ I would like to discuss.


*Matthew S. Borman*
_____
Deputy Assistant Secretary of Export Administration

**April 12, 2022**
_____
Date