UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY

| | |
|---|---|
| MIRROR METALS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 21-00144 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |
| : | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's Order of June 24, 2022 (ECF 27). The U.S. Department of Commerce on remand retroactively granted all of the exclusions from Section 232 tariffs requested by Plaintiff in the above-captioned matter. Final Results Pursuant to Court Remand (Apr. 18, 2022), ECF 20 ("Remand Results"). As they advised the Court in the previous Joint Status Report filed on June 24, 2022 (ECF 26), Plaintiff and Defendant are continuing the process of coordinating how the Remand Results should be effected with respect to Plaintiff's prior importations of the steel products covered by the exclusion requests. As part of this process, Plaintiff has recently completed a review of entry documents to confirm refund amounts, and has submitted to Defendant for review. In addition, the parties are still in discussions on the appropriate method for the issuance of refunds. The parties require additional time to complete this process.

Accordingly, and with the continued goal of reaching an agreement on final disposition of this action, the parties respectfully request a stay of proceedings for another 60 days to enable them to confer as to how they believe this matter should proceed in light of the Remand Results.

|  |  |
|---|---|
|  | Respectfully submitted: |
|  | GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP |
|  | /s/ Jordan C. Kahn<br>Erik D. Smithweiss<br>Jordan C. Kahn* |
|  | 707 Wilshire Blvd., Suite 4150<br>Los Angeles, CA 90017-3605<br>(213) 624-1970 |
|  | *1201 New York Ave., N.W., Suite 650<br>Washington, D.C. 20005-3917<br>(202) 661-7784 |
|  | *Counsel for Plaintiff Mirror Metals Inc.* |
| Dated: August 22, 2022 |  |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>KENNETH KESSLER<br>RACHEL MORRIS<br>Department of Commerce<br>Office of Chief Counsel<br>for Industry & Security<br>U.S. Department of Commerce | /s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0184<br>Email: Meen-Geu.Oh@usdoj.gov |
| Dated: August 22, 2022 | *Attorneys for Defendant* |