UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MIRROR METALS, INC., | : |
| Plaintiff, | : |
| v. | : Court No. 21-00144 |
| UNITED STATES, | : |
| Defendant. | : |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's Order of October 2, 2023. ECF No. 43.

As the Court is aware, this is a case challenging the decisions of the U.S. Department of Commerce (Commerce) to deny various exclusion requests to Section 232 tariffs. The Court granted Commerce's request for a voluntary remand, after which Commerce retroactively granted the exclusions requests that are the subject of this action. Final Results Pursuant to Court Remand (Apr. 18, 2022), ECF No. 20 ("Remand Results"). Accordingly, the parties advised the Court that they had commenced a process of coordinating how the Remand Results should be effectuated with respect to Plaintiff's prior importations of the steel products covered by the exclusion requests.

The parties have made substantial progress in effectuating the Remand Results with respect to a significant portion of the importations. On July 11, 2023, a stipulated judgment was entered in two related cases, No. 20-03801 and 21-00092, that covered entries of the subject steel that were the subject of protests filed with CBP against the liquidation of the entries. There are

additional entries still in dispute that are not covered by denied protests and summonses. The parties are continuing to discuss a potential resolution of these additional entries.

As the process is continuing, the parties respectfully request a stay of proceedings for another 60 days to enable them to complete this process to effectuate Commerce's Remand Results, after which the parties can report to the Court how they believe this matter should proceed.

|  |  |
|---|---|
|  | Respectfully submitted: |
|  | GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP |
|  | /s/ Erik D. Smithweiss<br>Erik D. Smithweiss<br>Katherine A. Dobscha<br>707 Wilshire Blvd., Suite 4150<br>Los Angeles, CA 90017-3605<br>(213) 624-1970 |
| Dated: December 1, 2023 | *Counsel for Plaintiff Mirror Metals Inc.* |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>KENNETH KESSLER<br>RACHEL MORRIS<br>Department of Commerce<br>Office of Chief Counsel<br>for Industry & Security<br>U.S. Department of Commerce | /s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0184<br>Email: Meen-Geu.Oh@usdoj.gov |
| Dated: December 1, 2023 | *Attorneys for Defendant* |