**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **MIRROR METALS, INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>　　Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 21-00144** |

**ORDER**

Upon consideration of the parties' Joint Status Report, December 1, 2023, ECF No. 44, it is

**ORDERED** that all further proceedings in this matter are stayed for 60 days; and it is further

**ORDERED** that the parties shall file a joint status report stating how the parties believe this matter should proceed on or before Tuesday, January 30, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge

Dated:　　December 1, 2023
　　　　　　New York, New York