## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **MIRROR METALS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant. | **Before: Claire R. Kelly, Judge** <br><br> **Court No. 21-00144** |

### ORDER

Upon consideration of the parties' Joint Status Report filed on September 30, 2024, ECF No. 54, it is

**ORDERED** that all further proceedings in this matter are stayed for 60 days; and it is further

**ORDERED** that the parties shall file a joint status report stating how the parties believe this matter should proceed on or before Friday, November 29, 2024.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:  October 1, 2024
New York, New York